UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BENJAMIN C. CRIPPS** | **CIV. ACTION NO. 3:19-01501** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) [Doc. No. 29] filed by Alex W. Rankin, attorney for Plaintiff Benjamin Cripps, is **GRANTED**, and that Plaintiff's counsel, Alex W. Rankin, is awarded the sum of $28,990.25, subject to counsel's obligation to refund to the client any EAJA fee award actually received by counsel in this matter.

MONROE, Louisiana, this 18th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE